Rausch/Pakiz

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDY STROHL | ) | Case No. 2:26-mj-90 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 1, 2025 _____ in the county of _____ Franklin _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl and Methamphetamine |

This criminal complaint is based on these facts:

See Affidavit attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Koble, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 13, 2026

_____

Kimberly A. Jolson
United States Magistrate Judge

City and state:            Columbus, Ohio

**AFFIDAVIT**

**Introduction and Background**

I, Justin D Koble, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014.  I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office.  In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, § 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy).  In addition, I am responsible for investigating possible violations of Title 18, United States Code, § 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions.  I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds.  My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

1

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause to find violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl and a mixture or substance containing a detectable amount of methamphetamine, in support of the requested criminal complaint and arrest warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, your affiant did not include each and every fact known concerning this investigation.  Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Brandy D Strohl ("STROHL") committed the violation listed above.

**Facts Supporting Findings of Probable Cause**

5. In April 2024, investigators with the USPIS and the Ohio Organized Crime Investigations Commission – Central Ohio HIDTA Drug Task Force (HIDTA) initiated a drug trafficking investigation after identifying a pattern on suspicious United States Postal Service (USPS) parcels being mailed from Southern California to multiple addresses in Central Ohio as well as addresses in southern Ohio, North Carolina, Georgia, and Indiana.

6. In April 2024, investigators in Columbus, Ohio identified two USPS Priority Mail parcels mailed from Los Angeles, California 90011 to two addressees in central Ohio, including 4276 Kathryn Place, Grove City, Ohio, which at that time was the known residence of

2

Brandy STROHL. The parcels shared the same return address, "1156 E 51 St, LA CA 90011". The return and destination names on both parcels were found to be fictitious.

7. In May 2024, investigators in Columbus, Ohio identified two additional USPS Priority Mail parcels mailed from Los Angeles, California 90011 to addresses in Columbus, Ohio, including 4276 Kathryn Place. These parcels each had the same return address seen on previous parcels, "1156 E 51st [Street], LA CA 90011" and included fictitious return and destination names.

8. This time, the parcel for Kathryn Place was delivered by an undercover US Postal Inspector and was left on the front porch of the residence. A short time later, a Hispanic male was observed arriving at the residence in a vehicle registered to STROHL and picking up the parcel. The Hispanic male then placed the parcel into his vehicle and departed the area.

9. In July 2024, investigators identified a USPS Priority Mail parcel mailed from Los Angeles, California 90011 to an address in Cincinnati, Ohio. This parcel was found to have the same return address seen on other parcels associated with this investigation, "1156 E 51 St, LA CA 90011". This parcel was seized by US Postal Inspectors in Cincinnati, Ohio and was searched pursuant to a federal search warrant issued in the Southern District of Ohio. The parcel was found to contain approximately 10.25 pounds (4,650 grams) of methamphetamine.

10. On or about September 1, 2025, Officers with the Grandview Ohio Police Department conducted a traffic stop on a truck driven by Brandy STROHL. The owner of the truck was identified as the passenger of the vehicle. A drug detecting canine was deployed and provided a positive indication to the presence of controlled substances. Based on this and

the behavior of STROHL during the traffic stop, officers conducted a search of the vehicle. Inside a small purse and backpack on the passenger side of the vehicle, officers recovered 15.3 grams of methamphetamine and 3.25 grams of a xylazine/fentanyl mixture, packaged in 16 individual baggies, along with scales, cash, and other items consistent with narcotics distribution.

11. During a post-*Miranda* interview, STROHL admitted the methamphetamine and fentanyl belonged to her.  STROHL said she sells the methamphetamine for $200/ounce and the fentanyl for $100/gram.  Grandview Police Department Detectives obtained a warrant to search STROHL's cell phone seized from her person during the stop.  Upon review of the contents of the phone, multiple conversations between STROHL and other individuals indicative of drug trafficking were identified on STROHL's cell phone.

## Conclusion

12. Based on the facts set forth in the Affidavit, I maintain there is probable cause to believe that Brandy D. Strohl, did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl and a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant for the above individual.

*Justin Koble*

Justin D. Koble

United States Postal Inspector

4

Sworn to before me, and subscribed in my presence, this  13th day of February 2026, in

Columbus, Ohio.


_____

Kimberly A. Jolson
United States Magistrate Judge